USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PACIFIC DESIGN CENTER 1, LLC, and   :
D&D BUILDING COMPANY, LLC,          :
                                    :
                      Plaintiffs,   :     11 Civ. 235 (JFK)
                                    :
      -against-                     :     CASE MANAGEMENT
                                    :            ORDER
T. OLIVER PEARDON,                  :
                                    :
                      Defendant.    :
------------------------------------X

JOHN F. KEENAN, United States District Judge:

   The following operative dates are herby set as a part of the Court's case management plan:

   Any additional joinder of parties by _May 6, 2011_.

   Any amendment of the pleadings by _May 6, 2011_.

   Plaintiffs will provide expert report(s), if any, to Defendant by _February 28, 2012_.

   Defendant will provide expert report(s), if any, to Plaintiffs by _March 30, 2012_.

   Replies to any expert reports by _____.

   Fact Discovery to be complete by _January 31, 2012_.

   Next conference will be held on _May 9, 2012 - 10:30 am_.

   Discovery supervision will be referred to Magistrate Judge Maas.

SO ORDERED.

Dated:   New York, New York
         March 30, 2011

                                    _____
                                          JOHN F. KEENAN
                                    United States District Judge